## TATE v. STATE.

(Court of Criminal Appeals of Texas. March 29, 1911.)

CRIMINAL LAW (§ 1090*)—BILL OF EXCEPTIONS — STATEMENT OF FACTS — QUESTIONS REVIEWABLE.

In the absence of a bill of exceptions or statement of facts, the court on appeal cannot review the rulings on the evidence.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2804, 2862; Dec. Dig. § 1090.*]

Appeal from District Court, Robertson County; J. C. Scott, Judge.

Janie Tate was convicted of manslaughter, and appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This conviction was for manslaughter. There are no bills of exception in the record, nor is the transcript accompanied by a statement of facts. All grounds of the motion for new trial refer to the ruling of the court with reference to the testimony that was admitted during the trial, and of which complaint was made. As before stated, there are no bills of exception or statement of facts in the record. These matters, therefore, cannot be revised.

The judgment is affirmed.